# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                      CASE NO. 6:25-cr-10028-JWB

**DIEGO BARRON-ESQUIVEL,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### FORCIBLE ASSAULT OF A FEDERAL OFFICER
### [18 U.S.C. § 111]

On or about February 28, 2025, in the District of Kansas, the defendant,

**DIEGO BARRON-ESQUIVEL,**

did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with an Immigration and Customs Enforcement Deportation Officer, whose identity is known to the grand jury, and in the commission of that forcible assault caused physical contact and inflicted bodily injury to the Immigration and Customs Enforcement Deportation Officer, while that Officer was engaged in the performance of his official duties.

In violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

A TRUE BILL.

March 18, 2025                     s/Foreperson
DATE                               FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD
ACTING UNITED STATES ATTORNEY

By: /s/ Molly Gordon
MOLLY GORDON
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas  67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: molly.gordon@usdoj.gov
Ks. S. Ct. No. 23134

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## **PENALTIES**

**Count 1: Forcible Assault of a Federal Officer, 18 U.S.C. §§ 111(a), 111(b.**

• Punishable by a term of imprisonment of not more than twenty (20) years. 18 U.S.C. § 111(b).

• A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

• A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

• A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

• Forfeiture.