# In the United States District Court
# for the District of Kansas

**United States of America**,
        Plaintiff,

v.                                                                 Case No. 25-10028-01 JWB

**Diego Barron-Esquivel**,
        Defendant.

## Notice of Appeal

The defendant, Diego Barron-Esquivel, by and through counsel, Ellen Albritton, Assistant Federal Public Defender for the District of Kansas, serves notice, pursuant to Federal Rule of Appellate Procedure 4(b), of his intent to appeal the judgment and sentence imposed on December 3, 2025, filed with the Court on December 4, 2025, and entered on the docket on December 4, 2025, to the Tenth Circuit Court of Appeals.

                                          Respectfully submitted,

                                          s/ Ellen Albritton
                                          ELLEN ALBRITTON
                                          Sup. Ct. No. 28978
                                          Assistant Federal Public Defender
                                          Federal Public Defender Office
                                          301 N. Main, Suite 850
                                          Wichita, KS 67202
                                          Telephone: (316) 269-6170
                                          Fax: (316) 269-6175
                                          E-mail: Ellen_Albritton@fd.org

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on December 5, 2025, by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

s/ Ellen Albritton
ELLEN ALBRITTON, #28978
