## UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

| | | |
|---|---|---|
| **SKYLER B. O'HARA**<br>CLERK<br>E-MAIL: Skyler_O'Hara@ksd.uscourts.gov<br>(913) 735-2220 | Kansas City, Kansas | 204 U.S.COURTHOUSE<br>401 N. MARKET<br>WICHITA, KS 67202 |
| **STEPHANIE MICKELSEN**<br>CHIEF DEPUTY CLERK<br>E-MAIL: Stephanie_Mickelsen@ksd.uscourts.gov<br>(913) 735-2235 | January 30, 2026 | 490 U.S.COURTHOUSE<br>444 NE QUINCY<br>TOPEKA, KS 66683 |

Clerk, U.S. Court of Appeals
For the Tenth Circuit

**RECORD ON APPEAL**

District Court Case No.:   6:25-cr-10028-JWB-1

Circuit Appeal No.:   25-3218

The Record on Appeal is being transmitted via e-mail this date. The following sets out the contents of each volume (include page 2 if necessary):

Volume I:             (Pleadings) Docket Sheet and DE#'s 1, 25, 28, 30; clerk's certificate

Volume II:            (Sealed) Abridged Docket Sheet and DE #'s 26 and 29

Volume III:           (Restricted Transcripts) Abridged Docket Sheet and DE #'s 32 and 39

Sincerely,

SKYLER B. O'HARA
CLERK OF COURT

By: ___s/ K. Carrillo_____
Deputy Clerk

Cc: Counsel of Record (**SEE NOTICE OF ELECTRONIC FILING**)